# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **PERDUE PREMIUM MEAT COMPANY, INC., d/b/a Niman Ranch,** | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) Civil Action No. 22-cv-03009 |
| **MISSOURI PRIME BEEF PACKERS, LLC,** | )<br>)<br>) |
| and | )<br>) |
| **NEXTGEN CATTLE COMPANY, LLC,** | |
| Defendants. | |

## DEFENDANT NEXTGEN CATTLE'S CERTIFICATE OF INTEREST

Defendant NextGen Cattle Company, LLC ("NextGen Cattle"), pursuant to Local Rule 7.1 of the Western District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, respectfully makes its required corporate disclosure stating as follows:

None applicable.

Respectfully submitted,

**/s/ James B. Biggs**
James B. Biggs – KS -14079; MO-46566
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas 66604
TEL: 785/440-4000
FAX: 785/440-3900
Attorneys for NextGen Cattle Company, LLC

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 13th day of January, 2022, I electronically filed the above and foregoing using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

                                        **/s/ James B. Biggs**
                                        James B. Biggs, KS -14079; MO-46566