IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PERDUE PREMIUM MEAT COMPANY, INC., D/B/A NIMAN RANCH, <br><br> PLAINTIFF, <br><br> vs. <br><br> MISSOURI PRIME BEEF PACKERS, LLC <br><br> and <br><br> NEXTGEN CATTLE COMPANY, LLC <br><br> DEFENDANTS. | Case No. 6:22-cv-03009-MDH |

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through counsel of record, and hereby voluntarily dismisses the above-captioned matter with prejudice to the refiling thereof. Each party shall bear their own attorneys' fees and court costs.

**NEALE & NEWMAN, L.L.P.**

By: /s/ Bryan D. Fisher
Bryan D. Fisher, #65904

2144 E. REPUBLIC ROAD, SUITE F-302
P.O. BOX 10327
SPRINGFIELD, MO 65808-0327
TEL: (417) 882-9090
FAX: (417) 882-2529
BFISHER@NNLAW.COM

**VENABLE LLP**

ROGER A. COLAIZZI (*PRO HAC VICE APPLICATION TO BE FILED*)
600 MASSACHUSETTS AVENUE, NW
WASHINGTON, D.C. 20001
TEL: (202) 344-8051
RCOLAIZZI@VENABLE.COM

1

NICHOLAS M. DEPALMA (*PRO HAC VICE APPLICATION TO BE FILED*)
KEVIN W. WEIGAND (*PRO HAC VICE APPLICATION TO BE FILED*)
8010 TOWERS CRESCENT DRIVE, STE 300
TYSONS CORNER, VA 22182
TEL: (703) 905-1449
FAX: (703) 821-8949
NMDEPALMA@VENABLE.COM
KWWEIGAND@VENABLE.COM

*ATTORNEYS FOR PLAINTIFF*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, on this 27th day of July, 2022.

**NEALE & NEWMAN, L.L.P.**

By: /s/ *Bryan D. Fisher*
    Bryan D. Fisher, #65904