IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PERDUE PREMIUM MEAT COMPANY, INC., D/B/A NIMAN RANCH, <br><br> PLAINTIFF, <br><br> vs. <br><br> MISSOURI PRIME BEEF PACKERS, LLC <br><br> and <br><br> NEXTGEN CATTLE COMPANY, LLC <br><br> DEFENDANTS. | Case No. 6:22-cv-03009-MDH |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW, on this day, upon consideration of the Voluntary Dismissal with Prejudice filed herein, the above-captioned cause of action is hereby dismissed, with prejudice against the refiling thereof. Each party shall bear their own attorneys' fees and court costs.

IT IS SO ORDERED.


Dated:_____        _____
                                       DISTRICT JUDGE M. DOUGLAS HARPOOL

Page 1 of 1

Case 6:22-cv-03009-MDH   Document 30   Filed 07/27/22   Page 1 of 1